**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Edgar CAMBY, Jr.,
Defendant–Appellant.**

**No. 01–7921.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

David Edgar Camby, Jr., Appellant Pro Se. Douglas Scott Broyles, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Edgar Camby, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Camby's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United*

*States v. Camby,* Nos. CR–97–297–V; CA–01–154–5–1–V (W.D.N.C. filed Sept. 11, 2001; entered Sept. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*